**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JENNIFER LYNN GARLAND, | : No. 201 MAL 2018 |
| | : |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| DEPARTMENT OF TRANSPORTATION, | : |
| BUREAU OF DRIVER LICENSING, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**. The Petition for Supersedeas is **DENIED**.